a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LUCIO VIRGEN GUERRA,                              CIVIL DOCKET NO. 1:26-CV-00886
Petitioner                                                                      SEC P

VERSUS                                           JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA ET AL,                            MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## MEMORANDUM ORDER

Before the Court is a Motion for Order to Show Cause (ECF No. 3) filed by

Petitioner Lucio Virgen Guerra ("Virgen Guerra"), an immigration detainee at Winn

Correctional Center in Winnfield, Louisiana.   Virgen Guerra seeks an expedited

briefing schedule on his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

A court may order a respondent to file an answer, motion, or other response,

in its discretion. *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing §

2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine*

*Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna,

M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven

days to reply is reasonable and appropriate in similar cases.

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases. *See*
*Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575,
577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor*
*v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are
therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

1

Accordingly, the Motion (ECF No. 3) is GRANTED IN PART to the extent it generally seeks expedited briefing, but DENIED IN PART to the extent it seeks a response or release within three days.

IT IS ORDERED that a Response be filed within 21 days following the date of this Order or the date of service on the United States Attorney for the Western District of Louisiana, whichever is later.  Virgen Guerra shall have seven days within which to file a reply.  To the extent the Petition has not yet been served, IT IS FURTHER ORDERED that Virgen Guerra serve Respondents with the Petition and a copy of this Order.

SIGNED on Monday, March 30, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

2