**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

LUCIO VIRGEN GUERRA                    CIVIL ACTION NO. 26-0886

VERSUS                                 JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA, ET AL.                    MAGISTRATE JUDGE PEREZ-MONTES

## ORDER

Considering the foregoing Motion for Voluntary Dismissal of Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of petitioner, Lucio Virgen Guerra, against defendants, Brian Acuna, Todd Lyons, Pamela Bondi and Warden Winn Correctional Center, are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 5th day of June, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**